John Mansfield, OSB No. 055390
john@harrisbricken.com
HARRIS BRICKEN
511 SE 11th Ave., Ste. 201
Portland, OR 97214
503-207-7313

Attorneys for Plaintiff and Third-Party Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DROPZONEMS, LLC**, an Oregon LLC, | Case No.: 3:16-cv-2348-YY |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF AFFILIATION** |
| **STEVEN COCKAYNE,** an individual, **NATALIE ROGERS**, an individual, **DAVID THORPE**, an individual, and **PACIFIC NORTHWEST SKYDIVING CENTER**, an Oregon LLC, | **LR 83-10** |
| Defendants. | |

- 1 -   NOTICE OF CHANGE OF AFFILIATION

**STEVEN COCKAYNE**, an individual,

       Third-Party Plaintiff,

   v.

**ALEX TOGSTAD**, an individual; **KYLE WILLIAMS**, an individual; **TIMOTHY NOONAN**, an individual; and **DROPZONEMS, LLC**, an Oregon LLC,

       Third-Party Defendants.

## NOTICE OF CHANGE OF AFFILIATION OF COUNSEL

Pursuant to Local Rule 83-10, notice is provided of the change of affiliation and address of John Mansfield, OSB No. 055390, formerly of Harris Bricken.

John Mansfield's new contact information, effectively October 1, 2018, is as follows:

John Mansfield
MANSFIELD LAW
3910 NE Tillamook, Apt. 300
Portland, OR 97212-2385
Phone: (503) 737-4717
Email:  john@mansfieldlaw.net

DATED:  September 28, 2018.

                      HARRIS BRICKEN

                      By:  */s/ John Mansfield*
                            John Mansfield
                            john@harrisbricken.com
                            Harris Bricken
                            511 SE 11th Ave., Ste. 201
                            Portland, OR  97214
                            503-207-7313

                            Attorneys for Plaintiff and Third-Party Defendants